UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 11, 2006

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. |
| v. | : | GRAND JURY ORIGINAL |
| **ALONZO MCDUFFIE,** | : | VIOLATIONS:  18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

## I N D I C T M E N T

The Grand Jury charges that:

### COUNT ONE

On or about December 16, 2006, within the District of Columbia, **ALONZO MCDUFFIE**,

having been convicted of a crime punishable by imprisonment for a term exceeding one year, in D.C.

Superior Court Criminal Case No. 1999-FEL-005889, did unlawfully and knowingly receive and

possess a firearm, that is, Armimius .38 caliber revolver, and did unlawfully and knowingly receive

and possess ammunition, that is, .38 caliber ammunition, which had been possessed, shipped and

transported in and affecting interstate and foreign commerce.

> **(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## <u>COUNT TWO</u>

On or about December 16, 2006, within the District of Columbia, **ALONZO MCDUFFIE**,

did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable

amount of phencyclidine, also known as PCP, a Schedule II controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia