UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 06-367 (RMC) |
| | : | |
| v. | : | |
| | : | |
| ALONZO MCDUFFIE | : | |
| Defendant | : | |

## NOTICE OF ASSIGNMENT AND APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to Assistant United States Attorney Angela Hart-Edwards, telephone number (202) 307-0031 and this is notice of her appearance in this matter on behalf of the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
United States Attorney

_____
ANGELA HART-EDWARDS
Assistant United States Attorney
Federal Major Crimes Section
PA Bar No. 61468
555 4th Street, N.W.  #44241
Washington, DC 20001
Phone:        307-0031
Telecopier:   514-6010