UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| V. | : | Criminal No. 06-367(JMF) |
| | : | |
| ALONZO McDUFFIE | : | |

APPEARANCE OF COUNSEL

Please enter the appearance of counsel for the defendant, Alonzo McDuffie, in this case, effective as of December 27, 2006.

_____
Gary M. Sidell
1101 Connecticut Ave., NW
Suite 1000
Washington, D.C. 20036
D.C. Bar No. 961847
202-783-0060
suitcase@erols.com
Attorney for Alonzo McDuffie

CERTIFICATE OF SERVICE

I hereby certify that I have caused to be served by ECF on all parties to this case this 27th of December, 2006.

_____
Gary M. Sidell