# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06-367 | MAGIS. NO: |
| V. ALONZO MCDUFFIE | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Alonzo McDuffie | |
| DOB:        PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR);

SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE

FILED
DEC 27 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 18:922(g)(1); and 21:844(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY: MAGISTRATE JUDGE FACCIOLA | SIGNATURE (JUDGE/MAGISTRATE JUDGE) MAGISTRATE JUDGE JOHN M. FACCIOLA | DATE ISSUED: 12/19/06 |
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 12/19/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED 12-19-06 | NAME AND TITLE OF ARRESTING OFFICER DAVID BALDWIN | SIGNATURE OF ARRESTING OFFICER Laurel Baldwin |
|---|---|---|
| DATE EXECUTED 12-27-06 | | |
| HIDTA CASE:   Yes   No  X | | OCDETF CASE:   Yes   No  X |