# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **:** |
| | **: Criminal No. 06-367 (RMC)** |
| **v.** | **:** |
| | **:** |
| **ALONZO MCDUFFIE,** | **:** |
| | **:** |
| **Defendant.** | **:** |

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now assigned to Assistant United States Attorneys Nancy Jackson at telephone number (202) 307-0029 and/or email address Nancy.Jackson@usdoj.gov, Michael Brittin at telephone number (202) 307-0106 and/or email address Michael.Brittin@usdoj.gov, and Laura Bach at telephone number (202)514-7514 and/or email address Laura.Bach@usdoj.gov.  Ms. Jackson, Mr. Brittin and Ms. Bach  will be substituting for AUSA Edward O'Connell as counsel for the United States.

Respectfully submitted,

JEFFREY A. TAYLOR
UNITED STATES ATTORNEY
Bar No.: 498-610

By:    _____
NANCY B. JACKSON
Assistant United States Attorney
555 4th Street, N.W., 4110
Washington, D.C. 20001
(202) 307-0029

and

By: _____

MICHAEL BRITTIN
Assistant United States Attorney
555 4th Street, N.W., 9405
Washington, D.C. 20001
(202)307-0106

and

By: _____

LAURA BACH
Assistant United States Attorney
555 4th Street, N.W., 9417
Washington, D.C. 20001
(202) 514-7514

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing to be served by electronic filing to counsel for the defendant on this 2nd day of April, 2007.

_____

NANCY B. JACKSON
Assistant United States Attorney